## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARGARET LYNN HARPER,**

**Plaintiff,**

v.

**Case No: 6:17-cv-373-Orl-28TBS**

**COMMISSIONER OF SOCIAL SECURITY,**

**Defendant.**

# ORDER

This case is before the Court on Plaintiff's Complaint (Doc. 1) to obtain judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying her claim for Widow's Disability Insurance Benefits. The United States Magistrate Judge has submitted a Report recommending that the Commissioner's decision be reversed and remanded for additional proceedings. (Doc. 16). No party has filed an objection to the Report and Recommendation and the time to do so has passed.

After an independent de novo review of the record in this matter, the Court agrees entirely with the finds of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 18, 2017 (Doc. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3.    The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on January 3rd, 2018.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record